IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLBY LEE APLIN,

    Plaintiff,

v.

OREGON DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 6:17-cv-01142-MO

ORDER

MOSMAN, District Judge.

This case comes before the court on plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#9). "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court." *Zepeda v. United States Immigration Service*, 753 F.2d 719, 727 (9th Cir. 1985). Where defendants have not yet waived service or been served in this

1 - ORDER

case, the court lacks power to grant plaintiff's requested relief. Accordingly, plaintiff's Motion is denied.

IT IS SO ORDERED.

DATED this 31 day of October, 2017.

_____
Michael W. Mosman
United States District Judge