IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**COLBY LEE APLIN,**

    Plaintiff,

v.

**OREGON DEPARTMENT OF CORRECTIONS; et al.,**

    Defendants.

No. 6:17-CV-1142-MO

JUDGMENT

**MOSMAN, J.,**

Based upon the Court's Opinion and Order, it is ORDERED AND ADUDGED that the above captioned case is DISMISSED with prejudice.

DATED this 10 day of July, 2018.

_____
MICHAEL W. MOSMAN
Chief United States District Judge